## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT COURT OF FLORIDA
## OCALA DIVISION

**MAX FINZER,**

   **Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　　**CASE NO.:  5:18-CV-342-BJD-PRL**

**WELLS FARGO BANK, N.A.,**

   **Defendant.**

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, MAX FINZER, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a negotiated resolution with regard to this case and are finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated:  <u>February 1, 2019</u>.

                                        */s/ Shaughn C. Hill*
                                        Shaughn C. Hill, Esquire
                                        Morgan & Morgan, Tampa, P.A.
                                        One Tampa City Center
                                        201 N. Franklin Street, 7th Floor
                                        Tampa, FL 33602
                                        Tele:  (813) 223-5505
                                        Fax:  (813) 223-5402
                                        shill@forthepeople.com
                                        Florida Bar #:  105998
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2019, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and a copy of which was served via electronic mail to all parties of record:

**Artin Betpera, Esquire**
WOMBLE BOND DICKINSON LLP
3200 Park Center Drive, Suite 700
Costa Mesa, California 92626
Telephone: (714)557-3800
Facsimile: (714)557-3347
artin.betpera@wbd-us.com
*Attorney for Defendant*
*Wells Fargo Bank, N.A.*

/s/ Shaughn C. Hill
Shaughn C. Hill, Esquire
Florida Bar #:  105998