UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MAX FINZER,**

   **Plaintiff,**                                        **CASE NO.: 5:18-CV-342-BJD-PRL**

**-vs-**

**WELLS FARGO BANK, N.A.,**

   **Defendant.**

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Max Finzer, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of February, 2019.

| | |
|---|---|
| **/s/ Shaughn C. Hill** | **/s/Artin Betpera** |
| Shaughn C. Hill, Esquire | Artin Betpera, Trial Attorney |
| Florida Bar No.: 0105998 | Florida Bar No.: 49535 |
| Morgan & Morgan, Tampa, P.A. | Womble Bond Dickinson (US) LLP |
| One Tampa City Center | 3200 Park Center Drive, Suite 700 |
| 201 North Franklin Street, 7th Floor | Costa Mesa, California 92626 |
| Tampa, FL 33602 | Telephone: (714) 557-3800 |
| Telephone: (813) 223-5505 | Facsimile: (714) 557-3347 |
| Facsimile: (813) 223-5402 | artin.betpera@wbd-us.com |
| shill@forthepeople.com | *Attorneys for Defendant* |
| slauredan@forthepeople.com | *Wells Fargo Bank, N.A.* |
| *Attorney for Plaintiff* | |