UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MAX FINZER,

    Plaintiff,

v.                                                 Case No. 5:18-cv-342-Oc-39PRL

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 16; Stipulation) filed on February 18, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of February, 2019.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record